June 15, 2007

Mr. J. Wade Birdwell
Wallach, Andrews & Stouffer, P.C.
550 Bailey Ave., Suite 500
Fort Worth, TX 76107

Mr. Charles W. Fillmore
The Fillmore Law Firm, L.L.P.
901 Lake Street
Fort Worth, TX 76102
Ms. Christine Roseveare
Strasburger & Price, L.L.P.
901 Main Street, Suite 4400
Dallas, TX 75202-3794

RE: Case Number: 05-0027
 Court of Appeals Number: 02-03-00362-CV
 Trial Court Number: 17,202856-03

Style: G. BYRON KALLAM, M.D.; MARY ANGELINE FINKE, M.D.; THE MEDICAL
 CLINIC OF NORTH TEXAS, P.A.; OBSTETRICAL AND GYNECOLOGICAL ASSOCIATES
 OF ARLINGTON; GERALD THOMPSON, M.D.; AND FAMILY HEALTHCARE ASSOCIATES
 v.
 SHARON BOYD

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed per curiam
opinion in the above-referenced cause. The Court withdraws its order of
September 1, 2006, granting the petitions for review, as the petitions were
improvidently granted. The petitions for review are denied.

 Sincerely,
 [pic]
 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Ms. Stephanie |
| |Robinson |
| |Mr. Thomas A. |
| |Wilder |
| |Mr. Peter M. Kelly |